1  J. TONY SERRA, SBN 32639
   EAN VIZZI, SBN 209444
2  506 Broadway
   San Francisco, California 94133
3  Tel:   415/986-5591
   Fax:   415/421-1331
4
   Attorneys for Defendant
5  ERNESTO SALSEDO

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12         Plaintiff,              CR 07-303 GEB

13      v.                         STIPULATION AND ORDER TO
                                   <u>CONTINUE STATUS CONFERENCE</u>
14 ERNESTO SALSEDO,
                                   Date:  November 30, 2007
15         Defendant.              Time:  9:00 a.m.
   _____/
16

17

18      THE PARTIES HEREBY STIPULATE AND AGREE that the status

19 conference now scheduled for the date and time indicated above

20 may be continued to December 21, 2007, at 9:00 a.m.

21      The parties have agreed to discuss possible resolution of

22 the matter, but because of the Assistant United States

23 Attorney's participation in a long trial for the past several

24 weeks, such meeting has not yet occurred.  It is anticipated

25 that such meeting will take place before December 21.

26

27

28

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1    The parties further agree that time should be excluded
2 pursuant to 18 U.S.C. section 3161(h)(8)(i) for defense
3 preparation and pursuant to local code T4.
4    Dated:  November 21, 2007

6  /s/ J. TONY SERRA                /s/ JASON HITT
   J. TONY SERRA                    JASON HITT
7  Attorney for ERNESTO SALSEDO     Assistant U.S. Attorney

9  /s/ SHARI RUSK
   SHARI RUSK
10 Attorney for REBECA SALSEDO

13    **IT IS SO ORDERED.**

   Dated:  November 28, 2007
14                                  _____
                                    GARLAND E. BURRELL, JR.
15                                  United States District Judge

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2