```
J. TONY SERRA, SBN 32639
EAN VIZZI, SBN 209444
506 Broadway
San Francisco, California 94133
Tel:  415/986-5591
Fax:  415/421-1331

Attorneys for Defendant
ERNESTO SALSEDO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 07-303 GEB |
| v. | STIPULATION AND ORDER TO <u>CONTINUE STATUS CONFERENCE</u> |
| ERNESTO SALSEDO, | Date: December 21, 2007 |
| Defendant. | Time: 9:00 a.m. |

THE PARTIES HEREBY STIPULATE AND AGREE that the status conference now scheduled for the date and time indicated above may be continued to January 11, 2008, at 9:00 a.m.

The parties have agreed to discuss possible resolution of the matter, but because of the Assistant United States Attorney's participation in a long trial, such meeting has not occurred. Mr. Hitt is now on his honeymoon. It is anticipated that such meeting will take place before January 11, 2008.

1     The parties further agree that time should be excluded
2 pursuant to 18 U.S.C. section 3161(h)(8)(i) for defense
3 preparation and pursuant to local code T4.
4     Dated:  December 17, 2007
5
6  /s/ J. TONY SERRA                  /s/ JASON HITT
  J. TONY SERRA                      JASON HITT
7 Attorney for ERNESTO SALSEDO       Assistant U.S. Attorney
8
9  /s/ SHARI RUSK
  SHARI RUSK
10 Attorney for REBECA SALSEDO
11
12
    **IT IS SO ORDERED.**
13
Dated:  December 18, 2007
14
15
                                    _____
16                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
17

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2