UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERNESTO SALSEDO,<br><br>　　　　Defendant.<br>_____/ | CR 07-303 GEB<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date: February 8, 2008<br>Time: 9:00 a.m. |

　　THE PARTIES HEREBY STIPULATE AND AGREE that the status conference now scheduled for the date and time indicated above may be continued to February 29, 2008, at 9:00 a.m.

　　The parties have an agreement in principle regarding resolution of the matter. Because of trial schedules, a short continuance is required for the government to provide the proposed plea agreement to defense counsel, and for counsel to meet and confer with defendant.

　　The parties further agree that time should be excluded pursuant to 18 U.S.C. section 3161(h)(8)(i) for attorney preparation and pursuant to local code T4.

　　Dated: February 5, 2008

/s/ J. TONY SERRA　　　　　　　　　　　/s/ JASON HITT
J. TONY SERRA　　　　　　　　　　　　　JASON HITT
Attorney for ERNESTO SALSEDO　　　　Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: February 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331