UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,               CR 07-303 GEB

   v.                            **AMENDED**
                                 STIPULATION AND ORDER TO
ERNESTO SALSEDO,          CONTINUE STATUS CONFERENCE

        Defendant.         Date:  March 14, 2008
_____/         Time:  9:00 a.m.

    THE PARTIES HEREBY STIPULATE AND AGREE that the status conference now scheduled for the date and time indicated above may be continued to May 9, 2008, at 9:00 a.m.

    The parties have an agreement in principle regarding resolution of the matter.  More time is required for the government to provide the proposed plea agreement to defense counsel, and for counsel to meet and confer with defendant.

    The parties further agree that time should be excluded pursuant to 18 U.S.C. section 3161(h)(8)(i) for attorney preparation and pursuant to local code T4.

    Dated:  March 12, 2008

/s/ J. TONY SERRA               /s/ JASON HITT
J. TONY SERRA                   JASON HITT
Attorney for ERNESTO SALSEDO   Assistant U.S. Attorney

    **IT IS SO ORDERED.**

Dated: March 14, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331