```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916)554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,    )<br>                              )<br>     v.                       )<br>                              )<br>ERNESTO SALSEDO,              )<br>                              )<br>            Defendant.    )<br>_____) | Case No. CR-S-07-0303 GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Ernesto SALSEDO, by and through his counsel J. Tony Serra, Esq., hereby stipulate and agree that the status conference currently set for Friday, May 30, 2008, at 9:00 a.m. should be continued to Friday, June 13, 2008, at 9:00 a.m.

    The requested continuance is based upon the need of defense counsel to review a recently-provided plea agreement in this case and discuss it with the defendant.  The parties further agree and stipulate that the period between May 30, 2008, and June 13, 2008, should be excluded from computed time for commencement of trial under

/ / /

/ / /

/ / /

the Speedy Trial Act, based upon the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and reasonable time necessary for effective defense preparation.

                                            Respectfully Submitted,

                                            McGREGOR W. SCOTT
United States Attorney

DATED: May 29, 2008       By:  /s/Jason Hitt
                                                  JASON HITT
                                                  Assistant U.S. Attorney

DATED: May 29, 2008       By:  /s/Jason Hitt
                                                  Telephonically authorized to sign for Mr. Serra on 05-29-08
                                                  J. TONY SERRA, Esq.
                                                  Attorney for Ernesto SALSEDO

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The Status Conference set for May 30, 2008, at 9:00 a.m., is continued to June 13, 2008, at 9:00 a.m.; and

2. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 13, 2008.

Dated: May 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge