```
 1  J. TONY SERRA, SBN 32639
    EAN VIZZI, SBN 209444
 2  506 Broadway
    San Francisco, California 94133
 3  Tel:  415/986-5591
    Fax:  415/421-1331
 4
    Attorneys for Defendant
 5  ERNESTO SALSEDO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR 07-303 GEB |
| v. | STIPULATION AND ORDER TO CONTINUE HEARING FOR |
| ERNESTO SALSEDO, | CHANGE OF PLEA |
| | Date: June 13, 2008 |
| Defendant. | Time: 9:00 a.m. |

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing for change of plea, now scheduled for the date and time indicated above, may be continued to June 20, 2008, at 9:00 a.m.

This short continuance is required to accommodate the schedule of defense counsel. It is agreed that time should be excluded pursuant to 18 U.S.C. section 3161(h)(8)(I) for

///
///
///
///
///
///
///
///

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1  attorney preparation, and pursuant to local code T4.
2       Dated:  June 11, 2008
3
4  /s/ J. TONY SERRA                /s/ JASON HITT
   J. TONY SERRA                    JASON HITT
   Attorney for ERNESTO SALSEDO     Assistant U.S. Attorney
5
6       **IT IS SO ORDERED.**

   **Dated:  June 12, 2008**
7
8                              _____
                               **GARLAND E. BURRELL, JR.**
9                              **United States District Judge**

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2