IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:07-cr-00303-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| ERNESTO SALSEDO, REBECA SALSDO | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Ernesto Salsedo's "Motion to Amend PSI," filed on August 29, 2012 (ECF No. 110) is denied, since he has not shown that the Court has jurisdiction to determine his motion.

Dated:  March 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge