UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ERNESTO SALSEDO,<br><br>        Defendant. | No. 2:07-cr-00303-GEB<br><br>**RESPONSE TO DEFENDANT'S REQUEST FOR CLARIFICATION** |

      On September 10, 2013, Defendant Ernesto Salsedo filed a "Request for Clarification" concerning whether the Court "adopted the 2-level enhancement for possession of dangerous weapons recommended by the Presentence Report in determining the imposition of [the] sentence imposed." (Def.'s Req. 1, ECF No. 129.) The transcript of the sentencing proceeding indicates that the undersigned judge said no finding concerning firearms was necessary because the matter would not change the guideline computation, and therefore this matter was not taken into account during sentencing. (Tr. 13:6-14:1, Sept. 5, 2008, ECF No. 98.)

      Dated: October 10, 2013

                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge